

# Doonan, Graves & Longoria LLC
ATTORNEYS AT LAW | EXCELLENCE DAILY

100 CUMMINGS CENTER, SUITE 303C  
BEVERLY, MASSACHUSETTS 01915

978.921.2670 | WWW.DGANDL.COM  
HRS: MON-FRI 9 AM-4 PM

April 10, 2023

VIA CERTIFICATE OF MAILING  
AND REGULAR MAIL

Michele Leo  
2220 Sloop Road  
Mount Ulla, NC 28125

Certified Article Number  
9414 7266 9904 2184 8369 44  
SENDER'S RECORD

Michele Leo  
34 Elm Street  
Biddeford, ME 04005-2008

Certified Article Number  
9414 7266 9904 2184 8369 51  
SENDER'S RECORD

Michele Leo  
45 Smutty Lane  
Saco, ME 04072

Certified Article Number  
9414 7266 9904 2184 8369 68  
SENDER'S RECORD

**NOTICE OF MORTGAGOR'S RIGHT TO CURE**  
**THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

Re:  Property Address:   45 Smutty Lane, Saco, ME 04072  
     Loan Number:

Dear Mortgagor:

    This letter is being sent by Doonan, Graves & Longoria, LLC, as Attorney in Fact and agent for the Servicer and Mortgagee. Doonan, Graves & Longoria, LLC is authorized to send this notice by and on behalf of the Servicer, Fay Servicing, LLC, the Mortgagee, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust and the Owner/Investor, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust pursuant to the terms of the subject Note, Mortgage and Title 14, Sec. 6111.

    Your loan is in default for failure to make payments of principal and interest when due. This delinquency represents a breach of your Note and Mortgage in favor of Mortgage Electronic Registration Systems, Inc., as nominee for Evest Lending, Inc. its successors and assigns (if MERs) dated February 22, 2007 and recorded in the York County Registry of Deeds in Book 15093, Page



EXHIBIT I

349 and rerecorded at Book 15106, Page 833. This firm is relying on information provided by the Servicer.  **If you are in Bankruptcy or received a Bankruptcy discharge of this debt, this letter is not an attempt to collect the debt, but notice of possible enforcement of our lien against the collateral property.**

An itemization of all past due amounts, including, but not limited to, reasonable interest and late charges, attorney's fees and other reasonable fees and costs, causing the loan to be in default is as follows:

| | |
|---|---|
| Total Payment Amount | $331,402.57 |
| Accrued Late Fees | $267.38 |
| **TOTAL TO CURE DEFAULT:** | $331,669.95 |

A portion of the amount due is reasonable interest in the amount of $144,482.41.

**The total amount due does not include any amounts that become due after the date of the notice.**

You have the right to cure the default within **35 days of receipt** of this notice by sending payment in the amount of $331,669.95 in the form of **certified and/or cashier's check(s) and/or money order(s)** in full to:  **Fay Servicing, LLC, Payment Processing, 425 S. Financial Place, Suite 2000, Chicago, IL 60605.  Please include the loan number, borrower's name and property address on your check.** If the default is not cured within this time-frame, the mortgagee may exercise its right to accelerate payment of this loan.  Failure to cure this default may result in the sale of the property secured by this mortgage at a foreclosure sale.  If the full amount listed above is paid within 35 days of receipt of this letter any other fees and costs due as of this date will be waived.  To reach a person with authority to modify a mortgage loan, please contact Fay Servicing, LLC at (312) 780-0446 to discuss your loan.

Pursuant to Title 14, Section 6111 of M.R.S.A., you have the right to cure the default by full payment of all amounts that are due without acceleration, including reasonable interest and late charges specified in the mortgage or note as well as reasonable attorney's fees. If you meet the conditions above, you will have the right to have the mortgagee's enforcement of this Security Instrument discontinued and to have the Note and the Security Agreement remain fully effective as if immediate payment in full had never been required.  You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and under the Security Instrument, and to present any other defenses that you may have.

You may have options available other than foreclosure.  You may discuss available options with the mortgagee, which is U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, the mortgage servicer, which is Fay Servicing, LLC or a counselor approved by the United States Department of Housing and Urban Development.  You are encouraged to explore available options prior to the end of the right-to-cure period.

As defined under Maine Law, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust is the Owner/Investor in the note and mortgage, which is the subject of this

letter.

Where mediation is available under 14 M.R.S.A. section 6321-A, you may request mediation to explore options for avoiding foreclosure judgment.

A list of all counseling agencies approved by the United States Department of Housing and Urban Development operating to assist mortgagors in the State to avoid foreclosure is attached. The attached list is integrated as if set forth in full. You may also review this list by visiting the following website:
http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm?webListAction=search&searchstate=me

To reach people having authority to modify your mortgage loan, please contact Fay Servicing, LLC at the address below in order to resolve all matters relating to this mortgage and any foreclosure proceedings thereunder and to discuss options other than foreclosure.

Fay Servicing, LLC
Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446

## NOTICE OF IMPORTANT RIGHTS

Pursuant to the Federal Fair Debt Collection Practices Act (15 USCS Sec. 1692), a consumer debtor is required to be sent the following notice: (1) unless the consumer, within thirty days after receipt of this notice, disputes the validity of the debt or any portion thereof, the debt will be assumed to be valid by the debt collector; (2) if the consumer notifies the debt collector in writing with the thirty-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and copy of such verification or judgment will be mailed to the consumer by the debt collector; and (3) upon the consumer's written request within the thirty-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the current creditor. The law firm of Doonan, Graves & Longoria, LLC is acting as the debt collector, pursuant to the Federal Fair Debt Collection Practices Act. Any information will be used for that purpose. The Federal Trade Commission has ruled that the Federal Fair Debt Collection does not preclude the institution of legal action prior to the expiration of the thirty day period. If you are in bankruptcy or received a bankruptcy discharge of this debt, this communication is not an attempt to collect the debt against you personally, but is notice of a possible enforcement of the lien against the collateral property.

Very truly yours,
Fay Servicing, LLC
U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

by its attorney





**Doonan, Graves & Longoria**
ATTORNEYS AT LAW | EXCELLENCE
100 CUMMINGS CENTER, SUITE
BEVERLY, MASSACHUSETTS

US POSTAGE · PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 008.34⁰
APR 10 2023

CERTIFIED MAIL
9414 7266 9904 2184 8369 44

Michele Leo
2220 Sloop Road
Mount Ulla, NC 28125



**Doonan, Graves & Longoria**
ATTORNEYS AT LAW | EXCELLENCE
100 CUMMINGS CENTER, SUITE
BEVERLY, MASSACHUSETTS

US POSTAGE · PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 008.34⁰
APR 10 2023

CERTIFIED MAIL
9414 7266 9904 2184 8369 51

Michele Leo
34 Elm Street
Biddeford, ME 04005-2008

 **UNITED STATES POSTAL SERVICE®**    **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here

This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:** Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:** Michele Leo

2220 Sloop Road

Mount Ulla, NC  28125

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Postmark Here



$1.85
US POSTAGE FIRST-CLASS
062S0011238745
FROM 01915

USPS CUMMINGS STATION APR 2023 BEVERLY MA 01915

 **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here



This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:** Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA  01915

**To:** Michele Leo
34 Elm Street
Biddeford, ME  04005-2008

Postmark Here



PS Form **3817**, April 2007 PSN 7530-02-000-9065

 **Certificate Of Mailing**

To pay fee, affix stamps or meter postage here



This Certificate of Mailing provides evidence that mail has been presented to USPS for mailing. This form may be used for domestic and international mail.

**From:** Doonan, Graves & Longoria, LLC

100 Cummings Center, Suite 303C

Beverly, MA  01915

**To:** Michele Leo

45 Smutty Lane

Saco, ME  04072

PS Form **3817**, April 2007 PSN 7530-02-000-9065

Postmark Here



# Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, April 10, 2023 2:02 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446


-----
Consumer Information
-----

Consumer First name:Michele
Consumer Middle Initial/Middle Name:
Consumer Last name:Leo
Consumer Suffix:
Property Address line 1:45 Smutty Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Saco
Property Address State:
Property Address zip code:04072
Property Address County:York

-----
Notification Details
-----

Date notice was mailed:4/10/2023
Amount needed to cure the default:331,669.95 Consumer Address line 1:45 Smutty Lane Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Saco
Consumer Address State:ME
Consumer Address zip code:04072

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

## Matthew Kelly

| | |
|---|---|
| **From:** | Nobody <nobody@informe.org> |
| **Sent:** | Monday, April 10, 2023 2:04 PM |
| **To:** | Matthew Kelly |
| **Subject:** | Pre-Foreclosure Reporting Form Submission |

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446


-----
Consumer Information
-----

Consumer First name:Michele
Consumer Middle Initial/Middle Name:
Consumer Last name:Leo
Consumer Suffix:
Property Address line 1:45 Smutty Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Saco
Property Address State:
Property Address zip code:04072
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:4/10/2023
Amount needed to cure the default:331,669.95 Consumer Address line 1:2220 Sloop Road Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Mount Ulla
Consumer Address State:NC
Consumer Address zip code:28125

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

# Matthew Kelly

**From:** Nobody <nobody@informe.org>
**Sent:** Monday, April 10, 2023 2:06 PM
**To:** Matthew Kelly
**Subject:** Pre-Foreclosure Reporting Form Submission

Your pre-foreclosure reporting form has been successfully submitted to the Bureau of Consumer Credit Protection. Here is a copy of your submission.

-----
Mortgage Information
-----

Company providing the notice:Doonan, Graves & Longoria, LLC Owner of the mortgage:U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust What term best describes the owner of the mortgage?:Private mortgage lender Filer's Email Address:mak@dgandl.com Contact information for persons having the authority to modify the mortgage to avoid foreclosure:Fay Servicing, LLC Loss Mitigation Department/Loan Resolution
425 S. Financial Place
Suite 2000
Chicago, IL 60605
(312) 780-0446


-----
Consumer Information
-----

Consumer First name:Michele
Consumer Middle Initial/Middle Name:
Consumer Last name:Leo
Consumer Suffix:
Property Address line 1:45 Smutty Lane
Property Address line 2:
Property Address line 3:
Property Address City/Town:Saco
Property Address State:
Property Address zip code:04072
Property Address County:York


-----
Notification Details
-----

Date notice was mailed:4/10/2023
Amount needed to cure the default:331,669.95 Consumer Address line 1:34 Elm Street Consumer Address line 2:
Consumer Address line 3:
Consumer Address City/Town:Biddeford
Consumer Address State:ME
Consumer Address zip code:04005

1

CAUTION: This email originated from outside the organization. Do not click links or open attachments until you confirm that the sender is trusted, sent the message intentionally, and the content is safe. Recognizing the sender does not guarantee safety. If it seems odd, please contact support or the sender directly.

**Envelope 1 (Certified Mail):**

US POSTAGE PAID PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 008.34
APR 10 2023
FIRST-CLASS
CERTIFIED MAIL
9414 7266 9904 2184 8369 51

Doonan, Graves & Longoria
ATTORNEYS AT LAW | EXCELLEN
100 CUMMINGS CENTER, SUI
BEVERLY, MASSACHUSETTS

Michele Leo
34 Elm Street
Biddeford, ME 04005-2008

Yellow label:
NIXIE 045 DE 1 0004/12/23
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
BC: 01915611299 *2269-02334-12-
01915>5008

**Envelope 2 (Certified Mail):**

US POSTAGE PAID PITNEY BOWES
ZIP 01915
02 7H
0001338074
$ 008.34
APR 10 2023
FIRST-CLASS
CERTIFIED MAIL
9414 7266 9904 2184 8369 68

Doonan, Graves & Longoria
ATTORNEYS AT LAW | EXCELLEN
100 CUMMINGS CENTER, SUI
BEVERLY, MASSACHUSETTS

Michele Leo
45 Smutty Lane
Saco, ME 04072

Yellow label:
NIXIE 015 FE 1 0004/18/23
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 01915611599 *2269-02339-12-28
01915>6115



**Envelope 1:**

CERTIFIED MAIL

9414 7266 9904 2184 8369 68

Doonan, Graves & Loi
ATTORNEYS AT LAW | EXCELLEN
100 CUMMINGS CENTER, SUI
BEVERLY, MASSACHUSETTS

US POSTAGE — PITNEY BOWES
$ 008.34
APR 10 2023
ZIP 01915
0001338074

FIRST-CLASS

Michele Leo
45 Smutty Lane
Saco, ME 04072

NIXIE — RETURN TO SENDER — NOT DELIVERABLE AS ADDRESSED — UNABLE TO FORWARD

**Envelope 2:**

CERTIFIED MAIL

9414 7266 9904 2184 8369 44

Doonan, Graves & Loi
ATTORNEYS AT LAW | EXCELLEN
100 CUMMINGS CENTER, SUI
BEVERLY, MASSACHUSETTS

US POSTAGE — PITNEY BOWES
$ 008.34
APR 10 2023
ZIP 01915
0001338074

FIRST-CLASS

Michele Leo
2220 Sloop Road
Mount Ulla, NC 28125

RETURN TO SENDER — UNCLAIMED — UNABLE TO FORWARD

4/14/23
Unclaimed

Doonan, Graves & Lo[ngoria]
ATTORNEYS AT LAW | EXCELLE[NCE]
100 CUMMINGS CENTER, SU[ITE]
BEVERLY, MASSACHUSETTS

9414 7266 9904 2184 8369 51



US POSTAGE ᴵᴹᴵ PITNEY BOWES
ZIP 01915
02 7H
0001338074   $ 008.34⁰
APR 10 2023

Michele Leo
34 Elm Street
Biddeford, ME 04005-2008

NIXIE        015   DE 1        0004/28/23
RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

NSN   BC: 01915611599   *2269-02334-12-28