UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| US BANK TRUST, N.A., as Trustee for LSF9 Master Participation Trust,<br><br>Plaintiff,<br><br>v.<br><br>MICHELE LEO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Docket No. 2:23-cv-00459-NT<br>)<br>)<br>)<br>) |

ORDER AFFIRMING THE RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE

On November 14, 2024, the United States Magistrate Judge filed with the Court, with copies to the parties, her Recommended Decision (ECF No. 34) on the Defendant's motion for judgment on the pleadings (ECF No. 11), the Plaintiff's motion to appoint a receiver (ECF No. 9), and the Plaintiff's motion to hold rent proceeds in escrow (ECF No. 23). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. Accordingly, the Defendant's motion for judgment on the pleadings (ECF No. 11) is **DENIED**. The Plaintiff's motion to appoint a receiver (ECF No. 9) is **GRANTED,** and Benjamin P. Campo, Jr., Esq. is hereby **APPOINTED** as receiver of the property located at 45 Smutty Lane in Saco, Maine for the purpose of: maintaining the property to ensure its safe use by tenants for

habitation; collecting monthly rental payments from the tenants to be allocated for expenses toward maintenance, property insurance, and property taxes; and the marketing and sale of the property to satisfy the mortgage lien upon approval by the Court. The Plaintiff's motion to hold rent proceeds in escrow (ECF No. 23) is **DENIED AS MOOT**. However, I **DIRECT** Attorney Campo to use any rental income related to the subject property that is currently in his escrow account for the benefit of the property in accordance with his authority as receiver.

SO ORDERED.

/s/ Nancy Torresen<br>United States District Judge

Dated this 10th day of December, 2024.